UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JOHN FUCHS, PATRICK MORIN, ANTHONY
MACAGNONE, MICHAEL CONROY, DAVID
HAINES, GEOFFREY JAMES, JAMES MALCOLM,
WILLIAM MACCHIONE, WALTER KRUPA, ALAN
EHL, WILLIAM WEOTZMAN, JOSEPH OLIVIERI,
DALE STUHLMILLER, ARTHUR GODSELL,
ROBERT CARLION, PAUL J. O'BRIEN, JR.,
JOSEPH GANIRO, ROSS PEPE, RICHARD
O'BEIRNE, and JAMES LOGAN, as Trustees
of the EMPIRE STATE CARPENTERS WELFARE,
PENSION, VACATION, ANNUITY, SCHOLARSHIP,
LABOR-MANAGEMENT COOPERATION and
CHARITABLE TRUST FUNDS,

        Plaintiffs,

  against                    ORDER ADOPTING MAGISTRATE
                             REPORT AND RECOMMENDATION
NEW ROCHELLE CONTRACTING CORP.,    04-CV-3004 (JS)(ETB)

        Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Marty Gerard Glennon, Esq.
                    Anthony Lumia, Esq.
                    Meyer, Suozzi, English & Klein P.C.
                    425 Broadhollow Road, Suite 405
                    Melville, New York 11747

For Defendant:      No appearance

SEYBERT, District Judge:

       Upon review of the Report and Recommendation of Magistrate Judge E. Thomas Boyle, dated November 16, 2005, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety.

COUNSEL IS DIRECTED TO IMMEDIATELY NOTIFY
ALL PARTIES OF THIS ORDER

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
         April 7, 2006